```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**NSI INTERNATIONAL, INC.,**

            Plaintiff,         20-cv-8389 (JGK)

    - against -            <u>ORDER</u>

**HORIZON GROUP USA, INC.,**

            Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

As discussed as the teleconference held today, the motion to dismiss is denied as moot. The plaintiff will file an amended complaint by **January 29, 2021**. The defendant will answer or move by **February 12, 2021**. If the defendant moves, the plaintiff will respond by **February 26, 2021** and the plaintiff will reply by **March 8, 2021**. If the defendant answers, the parties will file a Rule 26(f) report by **February 26, 2021**. No further pre-motion conference is necessary. The Clerk is directed to close Docket Nos. 17 and 18.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **January 13, 2021**              /s/ John G. Koeltl
                                                   **John G. Koeltl**
                                         **United States District Judge**