```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

NSI INTERNATIONAL, INC.,
                    Plaintiff,              20-cv-8389 (JGK)

       - against -                          ORDER

HORIZON GROUP USA, INC.,
                    Defendant.
-----------------------------------------------

JOHN G. KOELTL, District Judge:

   The parties are directed to submit a Rule 26(f) report by June 24, 2022.

SO ORDERED.
Dated:    New York, New York
          June 10, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge