

# HUNTON
## ANDREWS KURTH

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

June 24, 2022

ARMIN GHIAM
DIRECT DIAL: 212 • 908 • 6207
EMAIL: aghiam@HuntonAK.com

**Via ECF**

FILE NO: 119686.0000182

The Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1330
New York, NY 10007

Re:   *NSI International, Inc. v. Horizon Group USA, Inc.*,
      **Case No. 1:20-cv-8389 (S.D.N.Y.) (JGK)**

Dear Judge Koeltl:

We represent Defendant Horizon Group USA, Inc. ("Horizon") in the above-referenced matter. Pursuant to the Court's Electronic Case Filing Rules & Instructions § 6 and Your Honor's Individual Practices for filing redacted materials, Horizon respectfully seeks leave to redact from its Answer and Counterclaims certain paragraphs referencing confidential information of Plaintiff NSI International, Inc. ("Plaintiff") and Horizon (the "Confidential Materials"). Horizon's Answer and Counterclaims is being filed simultaneously.

The Confidential Materials consist of various terms of a confidential agreement between Plaintiff and Horizon. The parties designated the agreement and its terms confidential, and Horizon's claim for breach of contract references these terms. For these reasons, we respectfully ask that the Court grant Horizon's request for leave to redact the references to the Confidential Materials in its Answer and Counterclaims.

We thank you in advance for your time and consideration.

Sincerely,

/s/ Armin Ghiam

cc: All Counsel of Record

APPLICATION GRANTED
SO ORDERED
6/24/22   John G. Koeltl, U.S.D.J.

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON
LOS ANGELES   MIAMI   NEW YORK   NORFOLK   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TYSONS   WASHINGTON, DC
www.HuntonAK.com

119686.0000182 EMF_US 90527527v1