# EXHIBIT 1



Actual photo taken in a Michael's store -7/15/2021