

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

ARMIN GHIAM
DIRECT DIAL: 212 • 908 • 6207
EMAIL: aghiam@HuntonAK.com

FILE NO: 119686.0000182

October 11, 2022

**Via ECF**

The Honorable James L. Cott
U.S. District Court, Southern District of New York
500 Pearl St., Room 1360
New York, NY 10007

    Re:   *NSI International, Inc. v. Horizon Group USA, Inc.*,
           <u>Docket No. 1:20-cv-08389 (S.D.N.Y. Oct 07, 2020)</u>

Dear Judge Cott:

    We represent Horizon Group USA, Inc. ("Horizon") in the above matter. On October 6, 2022, Plaintiff NSI International, Inc. filed a Letter Motion concerning certain discovery disputes between the parties. *See* DI 66. Pursuant to your Honor's Individual Rule II(B)(1), Horizon's response is due October 11, 2022. The parties have conferred and agreed for Horizon to submit its response by October 13, 2022.

    We thank you in advance for your time and consideration.

Sincerely,

/s/ Armin Ghiam

cc:    All Counsel Record