# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NSI INTERNATIONAL, INC.,<br><br>       *Plaintiff,*<br>v.<br><br>HORIZON GROUP USA, INC.,<br><br>       *Defendant.* | Case No. 1:20-cv-08389-JGK |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeremy C. King of Hunton Andrews Kurth LLP, with offices located at 200 Park Avenue, Fl. 52, New York, NY 10166, hereby appears as counsel for Defendant Horizon Group USA, Inc.

Undersigned counsel requests that copies of all future pleadings, filings, notices, correspondences, and other papers in the above-captioned case be copied and served at the address indicated herein.

Dated:   October 12, 2022
       New York, New York       Respectfully submitted,

                            /s/ *Jeremy C. King*
                            Jeremy C. King
                            HUNTON ANDREWS KURTH LLP
                            200 Park Avenue
                            New York, NY 10166
                            Tel.: (212) 908.6169
                            Fax: (212) 309.1100
                            Email: JKing@HuntonAK.com

                            *Counsel for Defendant*
                            *Horizon Group USA, Inc.*

## CERTIFICATE OF SERVICE

I, Jeremy C. King, hereby certify that on October 12, 2022, I served a true and correct copy of the foregoing *Notice of Appearance*, using the Court's CM/ECF, which will transmit electronic notification of such filing to all counsel of record in this lawsuit.

/s/ *Jeremy C. King*
Jeremy C. King