UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NSI INTERNATIONAL, INC.,

        Plaintiff,

- against -

HORIZON GROUP USA, INC.,

        Defendant.

20-cv-8389 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| __X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ Motion/Dispute:* _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____ | Purpose: _____ |
| | ____ Habeas Corpus |
| | ____ Social Security |
| ____ Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ Inquest After Default/Damages Hearing | Particular Motion: _____ |
| | All such motions: ____ |

SO ORDERED.

New York, New York
October 17, 2022

                                /s/ John G. Koeltl
                                John G. Koeltl
                                **United States District Judge**

---

* Do not check if already referred for general pretrial.