

# Kelley Drye

**Michael J. Zinna**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7800
Fax: (212) 808-7897
MZinna@KelleyDrye.com

October 14, 2022

**Via ECF**

The Honorable John G. Koeltl, U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

10/17/22

Re: *NSI International, Inc. v. Horizon Group USA, Inc.*,
Docket No. 1:20-cv-08389 (S.D.N.Y. Oct. 07, 2020)

Dear Judge Koeltl:

We represent Plaintiff NSI International, Inc. ("NSI") in the above-referenced matter against Defendant Horizon Group USA, Inc. ("Horizon"). We are writing to request an extension of the fact discovery deadline, currently set for November 10, 2022, and extension of corresponding deadlines below. (Scheduling Order, ECF No. 64.). Prior to submitting this request for an extension, our office conferred with Defendant's counsel, Armin Ghiam, Esq., and he consented to the extension request.

The Parties are engaging in discovery in the normal course, and have agreed to complete their document productions by October 19, 2022. This date is based on the parties' several meet and confers about additional documents that need to produced. A discovery dispute is also pending before the Magistrate Judge in which NSI has asked for an order compelling production of documents from Horizon which it presently refuses to produce. Depositions remain outstanding for both Parties, and it is not yet clear how many depositions will be needed or who the deponents should be.

The Parties anticipate needing time to review the forthcoming documents and time to schedule depositions thereafter. The Parties also have pre-existing cross-country travel for major hearings in other cases in late October and November. For these reasons, the Parties anticipate that the majority of the depositions will be taken in December and January, however, we also need to account for the holidays at this time of year. In light of the foregoing, we respectfully request that the November 10, 2022 fact discovery deadline be extended to January 31, 2023, and that the corresponding deadlines be extended by the same length of time.

Magistrate Judge Cott
October 14, 2022

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cutoff | November 10, 2022 | January 31, 2023 |
| Initial Designation of Experts and Expert Reports | December 29, 2022 | March 21, 2023 |
| Rebuttal Expert Report Deadline | January 26, 2023 | April 18, 2023 |
| Expert Discovery Cutoff | March 28, 2023 | June 19, 2023 |
| Dispositive Motion Filing Deadline | April 18, 2023 | July 9, 2023 |
| Joint Pretrial Order Due | May 18, 2023 | August 8, 2023 |
| Pretrial Conference | | |
| Pre-Trial Filings Due | May 18, 2023 or 21 days after decision of any dispositive motion | August 8, 2023 or 21 days after decision of any dispositive motion |
| Trial Date | At the Court's earliest convenience; Ready – Trial 48 hours' notice, 21 days after the filing of the Joint Pre-Trial Order. | At the Court's earliest convenience; Ready – Trial 48 hours' notice, 21 days after the filing of the Joint Pre-Trial Order. |

The initial scheduling order deadlines, (ECF No. 49), were reset following the Court's decision on NSI's Motion to Dismiss, (Mot. to Dismiss Order, ECF No. 57; Scheduling Order, ECF No. 64.), but this is the first request for an extension of the dates set in the current Scheduling Order.

Respectfully yours,

/s/ Michael J. Zinna

Michael J. Zinna

cc:   All Counsel of Record