

Michael J. Zinna

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7800
Fax: (212) 808-7897
MZinna@KelleyDrye.com

October 31, 2022

**Via ECF**
The Honorable James L. Cott, U.S. Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl St., Room 1360
New York, NY 10007

Re: *NSI International, Inc. v. Horizon Group USA, Inc.*,
 Docket No. 1:20-cv-08389 (S.D.N.Y. Oct. 07, 2020)

Dear Judge Cott:

I am counsel for Plaintiff NSI International, Inc. ("NSI"). I write on behalf of NSI and Defendant Horizon Group USA, Inc. ("Horizon") jointly to request a two and a half hour extension of time to file the joint letter the Court ordered on October 21, 2022 regarding various discovery disputes, ECF No. 76.

The parties have continued to discuss the discovery disputes this morning and wanted their joint letter to reflect the most up-to-date state of affairs to better focus the Court's attention on what truly remains in dispute as we prepare for our call with Your Honor tomorrow.

Respectfully yours,

Michael J. Zinna

*Counsel for Plaintiff
NSI International, Inc.*

cc: All Counsel of Record