

Michael J. Zinna

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7800
Fax: (212) 808-7897
MZinna@KelleyDrye.com

January 26, 2023

**Via ECF**

The Honorable John G. Koeltl, U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *NSI International, Inc. v. Horizon Group USA, Inc.*,
                Docket No. 1:20-cv-08389 (S.D.N.Y. Oct. 07, 2020)

Dear Judge Koeltl:

      We represent Plaintiff NSI International, Inc. ("NSI") in the above-referenced matter. We are writing to request an extension of the fact discovery deadline and extension of corresponding deadlines below. Prior to submitting this request for an extension, our office conferred with Defendant's counsel, Armin Ghiam, Esq., and he consented to the extension request.

      NSI and Horizon Group USA, Inc ("Horizon") (together with NSI, the "Parties) are engaging in discovery in the normal course. The fact discovery deadline is presently February 17, 2023. (See Order dated Nov. 1, 2022, ECF No. 81). Most recently, (1) Horizon served an additional production of documents responsive to NSI's document requests on December 2, 2022, (2) Horizon served Fourth Requests for Production of Documents, a Second Set of Interrogatories, and Second Requests for Admission on January 18, 2023, and (3) the Parties are each preparing to schedule depositions.

      However, the Parties are also in the process of conferring about alleged discovery deficiencies, including documents that will need to be produced before at least some of the depositions can take place. Finally, NSI's counsel has significant pre-existing cross-country travel for several hearings in other matters in February.

      Given all of the above, the Parties anticipate needing additional time to complete discovery, and in particular to schedule depositions. In light of the foregoing, we respectfully request that the February 17, 2022 fact discovery deadline be extended to April 3, 2023, and that any other affected deadlines be extended by the same length of time, as follows:

Magistrate Judge Cott
January 26, 2023

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cutoff | February 17, 2023 | April 3, 2023 |
| Initial Designation of Experts and Expert Reports | March 21, 2023 | May 5, 2023 |
| Rebuttal Expert Report Deadline | April 18, 2023 | June 2, 2023 |
| Expert Discovery Cutoff | June 19, 2023 | August 3, 2023 |
| Dispositive Motion Filing Deadline | July 9, 2023 | August 23, 2023 |
| Joint Pretrial Order Due | August 8, 2023 | September 22, 2023 |
| Pretrial Conference | | |
| Pre-Trial Filings Due | August 8, 2023 or 21 days after decision of any dispositive motion | September 22, 2023 or 21 days after decision of any dispositive motion |
| Trial Date | At the Court's earliest convenience; Ready – Trial 48 hours' notice, 21 days after the filing of the Joint Pre-Trial Order. | At the Court's earliest convenience; Ready – Trial 48 hours' notice, 21 days after the filing of the Joint Pre-Trial Order. |

The initial scheduling order deadlines (see ECF No. 49) were reset by the Court following the Court's decision on NSI's Motion to Dismiss, (Mot. to Dismiss Order, ECF No. 57; Scheduling Order, ECF No. 64.). This is the Parties' second request for an Order resetting deadlines. The Parties requested an Order resetting deadlines on October 14, 2022, which was granted on October 17, 2022, (ECF No. 70) and the fact discovery deadline was reset to February 17, 2023, (ECF No. 81).

The Parties thank the Court for its consideration of this request.


Respectfully yours,

*[signature]*

Michael J. Zinna

cc: All Counsel of Record