

Michael J. Zinna

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7800
Fax: (212) 808-7897
MZinna@KelleyDrye.com

March 23, 2023

**Via ECF**

The Honorable John G. Koeltl, U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
3/23/23

Re: *NSI International, Inc. v. Horizon Group USA, Inc.*,
Docket No. 1:20-cv-08389

Dear Judge Koeltl:

We represent Plaintiff NSI International, Inc. ("NSI") in the above-referenced matter. We are writing to request a temporary stay and resetting of forthcoming deadlines pending settlement discussions and mediation. Prior to submitting this request, our office conferred with Defendant's counsel, Armin Ghiam, Esq., and he consented to the request.

NSI and Horizon Group USA, Inc. ("Horizon") (collectively, the "Parties") are engaging in good faith settlement discussions and are presently working together to schedule a mediation in an effort to amicably resolve this dispute. Accordingly, we write on behalf of the Parties to jointly and respectfully request a 60-day stay of the proceedings to allow the Parties to direct their resources and time towards settlement negotiations and mediation.

The stay and the reset deadlines will allow the Parties to focus on negotiating a resolution without the cost and distraction of litigation deadlines over the next 60 days. To this end, the Parties jointly request (1) an immediate temporary stay of the litigation, to be lifted on May 8, 2023 if the case has not yet been settled and (2) the following amendments to the deadlines set forth in the Order dated January 26, 2023 (ECF No. 85). Modifying these dates now will allow the case to immediately proceed if a resolution is not reached and the stay is lifted.

Judge Koeltl
March 23, 2023

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cutoff | April 3, 2023 | August 21, 2023 |
| Initial Designation of Experts and Expert Reports | May 5, 2023 | September 22, 2023 |
| Rebuttal Expert Report Deadline | June 2, 2023 | October 20, 2023 |
| Expert Discovery Cutoff | August 3, 2023 | December 22, 2023 |
| Dispositive Motion Filing Deadline | August 23, 2023 | January 10, 2024 |
| Joint Pretrial Order Due | September 22, 2023 | February 9, 2024 |
| Pretrial Conference | | |
| Pre-Trial Filings Due | September 22, 2023 or 21 days after decision of any dispositive motion | February 9, 2024 or 21 days after decision of any dispositive motion |
| Trial Date | At the Court's earliest convenience; Ready – Trial 48 hours' notice, 21 days after the filing of the Joint Pre-Trial Order. | At the Court's earliest convenience; Ready – Trial 48 hours' notice, 21 days after the filing of the Joint Pre-Trial Order. |

The initial scheduling order deadlines (*see* ECF No. 49) were reset by the Court following the Court's decision on NSI's Motion to Dismiss, (Mot. to Dismiss Order, ECF No. 57; Scheduling Order, ECF No. 64.). This is the Parties' third request for an Order resetting deadlines. The Parties requested an Order resetting deadlines on October 14, 2022, which was granted on October 17, 2022, (ECF No. 70) and the fact discovery deadline was reset to February 17, 2023, (ECF No. 81). The Parties requested a second extension of deadlines, which was granted on January 26, 2023 (*see* ECF No. 85).

The Parties thank the Court for its consideration of this request.

Respectfully yours,

*[signature]*

Michael J. Zinna

cc:     All Counsel of Record